UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JLG 132
_____ ,

Plaintiff,

v.

Uber Technologies, Inc., et al.
_____ ,

Defendant.

Case No.  3:25-cv-03846-CRB
_____

**AMENDED MOTION TO
SUBSTITUTE LAW FIRM;
~~PROPOSED~~ ORDER**

On behalf of (party name) Plaintiff JLG 132 _____, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

William A. Levin (CA Bar 98592),  Samira J. Bokaie (CA Bar 332782), Levin Simes LLP

Name(s) of counsel withdrawing from representation and firm name:

Dana Lizik, Johnson Law Group

Date: 6/3/2026
_____

**[~~PROPOSED~~] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____ June5, 2026 _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California